One Dollar Skirt Company, Appellant, v. Sidonie Gluck, Respondent.

Appeal from an order, entered in the New York county clerk's office on the 26th day of May, 1908, denying a motion for an injunction *pendente lite.*

Per Curiam: Whether or not the plaintiff is entitled to an injunction in this case should be determined upon the trial of the action. The order appealed from should be affirmed, with ten dollars costs and disbursements. Present — Ingraham, McLaughlin, Clarke, Houghton and Scott, JJ. Order affirmed, with ten dollars costs and disbursements.